UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:

Jon Michael Brantner,

    Debtor.

Bankruptcy No. 23-41770

Chapter 7

---

Jon Michael Brantner,

    Plaintiff,
v.

U.S. Department of Education,

    Defendant.

Adversary No. 23-04071

---

## STIPULATION FOR JUDGMENT AND DISCHARGE OF PLAINTIFF'S UNITED STATES DEPARTMENT OF EDUCATION LOANS

The parties, Debtor/Plaintiff Jon Michael Brantner ("Plaintiff") and Defendant United States Department of Education ("Defendant") (collectively, the "Parties"), by and through their respective counsel, have entered into this stipulation for judgment and discharge of Plaintiff's loans owned by Defendant (the "Stipulated Judgment"). The terms of the Stipulated Judgment are as follows:

1. On August 29, 2023, Plaintiff filed for Chapter 7 bankruptcy in this Court.

2. On October 23, 2023, Plaintiff commenced the above-captioned adversary proceeding by filing a Complaint in this matter. The Court issued the Summons on the same day.

3. On December 13, 2023, the Court entered an Order of Discharge with respect to Plaintiff's Chapter 7 bankruptcy.

4. On June 3, 2024, Defendant filed its Answer to the Complaint.

5. As of October 31, 2023, Plaintiff owed to Defendant approximately $61,177, which represents the then-total balance of loan amounts (including interest) held by Defendant that are the subject of this adversary proceeding, i.e., National Student Loan Data System ("NSLDS") Loans 3 through 18 (collectively, the "Education-held Student Loans"). Interest on the Education-held Student Loans continues to accrue.

6. The Education-held Student Loans constitute student loans made to Plaintiff under a program funded in whole or in part by a federal government unit within the meaning of 11 U.S.C. § 523(a)(8).

7. Plaintiff has alleged that repayment of the Education-held Student Loans would cause an undue hardship.

8. Upon review of documents, information, and facts that Plaintiff has attested to, Defendant has determined that Plaintiff satisfies the criteria for discharge due to an "undue hardship" under 11 U.S.C. § 523(a)(8) based on Plaintiff's current and future financial condition and the totality of the circumstances. Plaintiff's allowable expenses exceed his monthly income, evidencing that Plaintiff cannot maintain a minimal standard of living for himself and dependents (if any) if forced to repay his Education-held Student Loans. Plaintiff has attested to facts supporting the conclusion that his current inability to pay will likely persist for a significant portion of the repayment period, including the following: the Education-held Student Loans that Plaintiff is seeking to discharge have been in repayment status for at least ten (10) years (excluding any period during which Plaintiff was enrolled as a student). Plaintiff has also made good faith efforts to repay his Education-held Student Loans.

9. Accordingly, in order to resolve this matter without the need for further litigation, the Parties agree that Plaintiff's Education-held Student Loans should not be excepted from discharge pursuant to 11 U.S.C. § 523(a)(8).

10. The Education-held Student Loans are dischargeable under Chapter 7 of Title 11 of the United States Code on the grounds that excepting such loans from discharge would impose an undue hardship on Plaintiff, pursuant to 11 U.S.C. § 523(a)(8).

11. Upon entry of this Stipulated Judgment, Defendant will adjust Plaintiff's loan balances to reflect that the balance for the Education-held Student Loans is $0, and it shall permanently write-off that debt pursuant to this Stipulated Judgment.

12. Upon entry of this Stipulated Judgment, Plaintiff releases, remises, and forever discharges Defendant, its agencies, agents, officers, employees, and counsel, past and present, from all claims or causes of action (including administrative claims) which Plaintiff, his heirs, agents, assigns, representatives, and successors ever had, now have, or hereafter may have against Defendant, its agencies, agents, officers, employees, and counsel, past and present, in relation to the discharge of the Education-held Student Loans, all except for obligations arising under this Stipulated Judgment.

13. Upon entry of this Stipulated Judgment, each party will bear their own costs and fees, including attorneys' fees.

14. Any and all individual taxation consequences as a result of this Stipulated Judgment are the sole and exclusive responsibility of Plaintiff. Defendant does not warrant or make any representation with respect to any tax consequences of this Stipulated Judgment. Nothing contained herein shall constitute a waiver by Plaintiff of any right to challenge any tax consequences of this Stipulated Judgment.

15. This Stipulated Judgment contains all of the terms of the agreement between the Parties and is intended to be and is the final and sole agreement between the Parties. The Parties agree that any other prior or contemporaneous representations or understandings not explicitly contained herein, whether written or oral, are of no further legal or equitable force or effect.

16. The Parties represent and warrant that they have reviewed and understand the Stipulated Judgment and its contents. The Parties further represent and warrant that each has the power to execute, deliver, and perform their obligations under this Stipulated Judgment; that each has taken all necessary action to authorize the execution, delivery, and performance of this Stipulated Judgment; and that this Stipulated Judgment is enforceable in accordance with its terms.

17. Pursuant to Local Rule 9011-1(b)(3), the Parties' respective counsel authorize the filing of this document with their respective electronic signatures.

[*signature page follows*]

Dated: December 3, 2024

Walker & Walker Law Office PLLC

*s/ Andrew C. Walker*

BY: Andrew C. Walker
Attorney ID No. 388787
4356 Nicollet Avenue
Minneapolis, MN 55409
contacts@bankruptcytruth.com
(612) 824-4357

**Attorney for Plaintiff**

Dated: December 3, 2024

ANDREW M. LUGER
United States Attorney

*s/ Adine S. Momoh*

BY: ADINE S. MOMOH
Assistant U.S. Attorney
Attorney ID No. 0390085
Email: adine.momoh@usdoj.gov
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

**Attorneys for Defendant United States Department of Education**

5